Ryan J. Works, Esq. (NSBN 9224)
McDONALD CARANO LLP
2300 West Sahara Avenue, Suite 1200
Las Vegas, Nevada 89102
Telephone: (702) 873-4100
rworks@mcdonaldcarano.com

*Attorneys for Defendant*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| EDSAL MANUFACTURING COMPANY, INC., <br><br> Plaintiff, <br><br> vs. <br><br> JS PRODUCTS, INC., <br><br> Defendant. | Case No:  2:23-cv-00972-RFB-NJK <br><br> **STIPULATION AND ORDER EXTENDING DEFENDANT'S DEADLINE TO RESPOND TO PLAINTIFF'S COMPLAINT** <br><br> **(First Request)** |

Defendant JS Products, Inc. ("JS Products" or "Defendant") and plaintiff Edsal Manufacturing Company, Inc. ("Edsal"), by and through their attorneys, hereby agree, stipulate and respectfully request that the Court extend the deadline for Defendant to respond to Plaintiff's Complaint ("Complaint") from July 21, 2023, up to and including August 4, 2023.  Good cause exists for the extension as the parties agree to permit Defendant additional time to prepare its answer. This is the first request to extend the deadline.

/ / /

/ / /

/ / /

This request is being made in good faith and is not brought to delay litigation or prejudice any party. Therefore, the parties respectfully request that Defendant's deadline to answer or otherwise respond to the Complaint be extended from July 21, 2023, up to and including August 4, 2023.

Dated: July 20, 2023.

| | |
|---|---|
| McDONALD CARANO LLP | ALDRICH LAW FIRM, LTD. |
| By: */s/ Ryan J. Works*<br>    Ryan J. Works, Esq. (NSBN 9224)<br>    2300 West Sahara Avenue, Suite 1200<br>    Las Vegas, Nevada 89102<br>    rworks@mcdonaldcarano.com<br><br>*Attorneys for Defendant* | By: */s/ John P. Aldrich*<br>    John P. Aldrich (NSBN 6877)<br>    Catherin Hernandez, Esq. (NSBN 8410)<br>    7866 West Sahara Avenue<br>    Las Vegas, Nevada 89117<br>    jalrich@johnaldrichlawfirm.com<br>    chernandez@johnaldrichlawfirm.com<br><br>WOOD, HERRON & EVANS, L.L.P.<br>Brett A. Schatz (Ohio SBN 0072038)<br>600 Vine Street, Suite 28<br>Cincinnati, Ohio 45202<br>bschatz@whe-law.com<br><br>*Attorneys for Plaintiff* |

IT IS SO ORDERED:

_____
UNITED STATES MAGISTRATE JUDGE

DATED: July 21, 2023

2