1
2
3
4
5
6
7
8
9

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| EDSAL MANUFACTURING COMPANY, INC., an Illinois Corporation,<br><br>Plaintiff,<br><br>v.<br><br>JS PRODUCTS, INC., a Nevada corporation<br>Defendant. | Case No.: 2:23-cv-00972-RFB-NJK<br><br>**ORDER TO EXTEND DEADLINE FOR DEFENDANT TO FILE ITS RESPONSE TO PLAINTIFF' MOTION FOR AN ORDER TO SHOW CAUSE (ECF 31)**<br><br>**(First Request)** |

Defendant JS Products, Inc. ("JS Products") and Plaintiff, Edsal Manufacturing Company, Inc.'s ("Edsal") by and through their respective counsel, hereby stipulate and agree to an Order to extend the deadline for JS Products to file its response to Plaintiff's Motion for an Order to Show Cause (ECF 31) two business days from December 15, 2023, to December 19, 2023. This is the first request for such and extension, and it is made as follows:

1. On December 1, 2023, Edsal filed a Motion for an Order to Show Cause for Defendant's Failure to Comply with Court Order (ECF 31). The deadline for JS Products to respond is December 15, 2023.

1

2. JS Products seeks this extension to accommodate the travel and scheduling conflicts of counsel precluding counsel from completing the response prior to the extended deadline. JS Product's counsel is traveling and will be out of the office December 15-18, 2023, in connection with family obligations. While counsel had hoped to avoid seeking an extension, unexpected obligations on other federal court matters the week prior conflicted with that expectation. This request is made in good faith and for good cause and not for any purpose of delay or harm.

NOW THEREFORE, the Parties hereby stipulate to the entry of an order extending the deadline for JS Products to file its response to Edsal's Motion for an Order to Show Cause (ECF 31) two business days from December 15, 2023, to December 19, 2023.

DATED: December 15, 2023.

/s/ John P. Aldrich
John P. Aldrich, Esq.
jaldrich@johnaldrichlawfirm.com
Catherine Hernandez
chernandez@johnaldrichlawfirm.com
**ALDRICH LAW FIRM, LTD.**
7866 West Sahara Avenue
Las Vegas, Nevada 89117
Tel (702) 853-5490
Fax (702) 227-1975

Brett A. Schatz (*Pro Hac Vice*)
(Ohio 0072038)
bschatz@whe-law.com
**WOOD, HERRON & EVANS, L.L.P.**
600 Vine Street, Suite 2800
Cincinnati, Ohio 45202
Telephone: (513) 241-2324
Facsimile: (513) 241-6234

*Attorneys for Plaintiff*

/s/ F. Christopher Austin
F. Christopher Austin, Esq. (SBN 6559)
R. Scott Weide, Esq. (SBN 5541)
**WEIDE & MILLER, LTD**
10655 Park Run Drive, Suite 100
caustin@weidemiller.com
sweide@weidemiller.com

Ryan J. Works, Esq. (NSBN 9224)
**McDONALD CARANO LLP**
2300 West Sahara Avenue, Suite 1200
Las Vegas, Nevada 89102
rworks@mcdonaldcarano.com

*Attorneys for Defendant*

IT IS SO ORDERED

_____
U.S. MAGISTRATE JUDGE

Dated: December 18, 2023