UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| EDSAL MANUFACTURING COMPANY, INC., <br><br> Plaintiff, <br><br> v. <br><br> JS PRODUCTS, INC., <br><br> Defendant. | Case No. 2:23-cv-00972-RFB-NJK <br><br> **ORDER** <br><br> [Docket No. 44] |

Pending before the Court is Plaintiff's renewed unopposed motion to extend discovery deadlines. Docket No. 44. Plaintiff's motion affixes the Court's signature block on a separate page in violation of Local Rule IA 6-2. The Court expects Plaintiff's future filings to fully comply with this Court's Local Rules.

For good cause shown, Plaintiff's motion is **GRANTED**. Docket No. 44. The deadlines are **RESET** as follows:

| | |
|---|---|
| Add/Amend Pleadings: | Closed |
| Fact Discovery Cut-Off: | September 6, 2024 |
| Initial Expert: | October 7, 2024 |
| Rebuttal Expert: | November 21, 2024 |
| Expert Discovery Cut-Off: | December 20, 2024 |
| Dispositive Motions: | February 2, 2025 |
| Joint Pretrial Order: | March 3, 2025, 30 days after the resolution of dispositive motions, or further Court order. |

IT IS SO ORDERED.

Dated: March 14, 2024

Nancy J. Koppe
United States Magistrate Judge

1